IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JASON BUCKNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case Number CIV-06-956-C |
| | ) |
| LUNDY MAKOHIN; | ) |
| ANGELA K. REESE; | ) |
| and JOHN DOES 1-1000, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On February 28, 2007, the Court entered an Order addressing summary judgment motions filed by Defendants Makohin and Reese. In that Order the Court ruled that Plaintiff could not pursue his claims for legal malpractice, fraud and deceit, and intentional infliction of emotional distress as pleaded. However, considering Plaintiff's pro se status, the Court noted that Plaintiff's Complaint suggested fraud and intentional infliction of emotional distress claims. The Court informed Plaintiff that to the extent he wished to pursue those claims, he was required to file an Amended Complaint, correcting the deficiencies noted in the original Complaint, within 20 days or his case would be dismissed. The allotted time period has now passed and Plaintiff has failed to file an Amended Complaint. Accordingly, the Court finds that Plaintiff has elected to stand on the original Complaint. As noted in the February 28, Order, the undisputed facts demonstrate that Defendants are entitled to judgment on the claims raised.

For the reasons set forth herein, and those set forth in the Court's February 28, 2007 Order, Defendants are entitled to judgment on the claims raised by Plaintiff. A separate judgment will issue.

IT IS SO ORDERED this 16th day of April, 2007.

ROBIN J. CAUTHRON
United States District Judge